In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-22-00379-CV
_____


IN RE 1ST CHOICE ACCIDENT & INJURY, LLC


**Original Proceeding**
**284th District Court of Montgomery County, Texas**
**Trial Cause No. 20-09-11398-CV**


## MEMORANDUM OPINION

In a petition for a writ of mandamus, Relator, 1st Choice Accident & Injury, LLC, a non-party management services organization for a non-party medical provider, seeks mandamus relief to compel the trial court to vacate an order denying a protective order in a suit resulting from a motor vehicle accident. Relator argues information and documents relating to the business and payment relationship between Relator and a chiropractor who treated the Plaintiff, Angel Fermin Sanchez, are irrelevant to the issues in the lawsuit and the Real Party in Interest, Satyanarayana Vanama, has either obtained the information from the plaintiff or could obtain the

1

information from the chiropractor. After reviewing Relator's mandamus petition and the documents it provided with the petition, we conclude that Relator failed to establish that the trial court abused its discretion. Accordingly, we deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on December 7, 2022
Opinion Delivered December 8, 2022

Before Golemon, C.J., Kreger and Johnson, JJ.